**Petitions for Writ of Prohibition and Writ of Mandamus Denied and Memorandum Opinion filed March 10, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00198-CV

## NO. 14-15-00199-CV

### IN RE VALENTINA SPASSOVA SHESHTAWY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF PROHIBITION**
**WRIT OF MANDAMUS**
**Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 407,499-406**

### MEMORANDUM OPINION

On March 9, 2015, relator Valentina Spassova Sheshtawy filed a petition for writ of prohibition and a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52.

Relator has not established that she is entitled to either a writ of prohibition or a writ of mandamus.  Accordingly, we deny relator's petitions.  We also deny relator's motion for temporary relief.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.